# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TOMARCUS PORTER

NO. 2025 KW 1065

**JANUARY 23, 2026**

---

In Re:   Tomarcus Porter, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 22-CR3-149508.

---

**BEFORE:**   **McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

**HG**
**TPS**

**McClendon, C.J., concurs.** Relator does not clearly state what relief he seeks, nor has he demonstrated that he filed the "Motion to Rule 51(d)(1)" in the district court before filing in this court. If relator intends to seek review of his conviction, habitual offender adjudication, and sentence, the proper method would be via an application for postconviction relief seeking an out-of-time appeal filed with the district court. See **State v. Counterman**, 475 So.2d 336, 339 (La. 1985).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT